| Small Claims DOCKET | DOCKET NUMBER 200316SC001092 | Trial Court of Massachusetts District Court Department  |
|---|---|---|
| **CASE NAME** JAKE WAGNER vs. SOCIETE AIR FRANCE  03-CV-40263  FILED IN CLERK'S OFFICE  2003 DEC -4  A  U.S. DISTRICT COURT DISTRICT OF MA | | **CURRENT COURT** Fitchburg District Court 100 Elm Street Fitchburg, MA 01420-3186 (978) 345-2111 |
| ASSOCIATED DOCKET NO. | DATE FILED 09/12/2003 | DATE DISPOSED 00/00/0000 |

**PLAINTIFF(S)**
P01  JAKE WAGNER
     C/O NORM WAGNER
     39 MASS AVE
     LUNENBURG, MA 01462
     (978) 342-1330

**PLAINTIFF'S ATTORNEY**

**DEFENDANT(S)/OTHER SINGLE PARTIES**
D01  SOCIETE AIR FRANCE
     CUSTOMER RELATIONS
     PO BOX 459000
     SUNRISE, FL 33345
     (877) 247-9247

**DEFENDANT'S ATTORNEY**
PETER FRANKLIN WINTERS
111 HUNTINGTON AVENUE
SUITE 1300
BOSTON, MA 02199-7610
(617) 267-2300

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 10/03/2003 | Statement of Small Claim entered on 09/12/2003 at Fitchburg District Court. |
| 2 | 10/03/2003 | Filing fee of $30.00 and surcharge of $10.00 paid (G.L. c.218 §22; 262 §4C). |
| 3 | 10/03/2003 | Case Inactivated: No future events scheduled. |
| 4 | 10/22/2003 | Small claim notice of trial issued to plaintiff(s) by first class mail, and to defendant(s) by certified and first class mail (Uniform Small Claims Rule 3(a)). |
| 5 | 10/22/2003 | MAGISTRATE TRIAL SCHEDULED for 12/01/2003 01:00 PM. |
| 6 | 11/07/2003 | Return of service on small claim notice of trial to D01 AIR FRANCE: Certified mail returned DELIVERED; signed receipt returned. |
| 7 | 11/26/2003 | Appearance for Societe Air France filed by Attorney PETER FRANKLIN WINTERS 111 Huntington Avenue Suite 1300 Boston MA 02199-7610 BBO# 555698 |

Page 1 of 2   A TRUE COPY, ATTEST:   CLERK-MAGISTRATE/ASST. CLERK   X _____   DATE 12-2-03
Date/Time Printed: 12/02/2003 12:38 PM

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 1300
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7610
TEL: 617-267-2300 FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

PETER F. WINTERS
(617) 859-2716

November 24, 2003

Clerk of the Court
Fitchburg District Court/Small Claims Division
100 Elm Street
Fitchburg, Massachusetts 01420

    Re:   *Jake Wagner v. Société Air France/Civil Action 0316 SC 1092*

Dear Sir/Madam:

    I enclose a Notice of Removal to the U.S. District Court for the above-captioned matter.

    If you have any questions, please do not hesitate to call me.

                    Yours very truly,

                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                    Peter F. Winters

/bjc
enclosures

35011746.1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C

COMMONWEALTH OF MASSACHUSETTS

| WORCESTER, SS | FITCHBURG DISTRICT COURT |
|---|---|

JAKE WAGNER )
)
Plaintiff, )
)
v. )  CIVIL ACTION NO.:
)  0316 SC 1092
SOCIÉTÉ AIR FRANCE (improperly designated )
as "Air France") )
)
Defendant. )

## NOTICE OF REMOVAL

To Plaintiff Jake Wagner:

Please be advised that a Notice of Removal was filed in this action removing it to the United States District Court for the District of Massachusetts, Worcester Division, on November 24, 2003.

A copy of said Notice attached and is served and filed herewith.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Peter F. Winters. (BBO No.: 555698)
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300
Attorneys for Defendant, Société Air France

35011645.1

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24, 2003, to the plaintiff and plaintiff's counsel, Bruce Skrine, Esq. 628 Lewis Wharf, Boston, MA 02110.

_____
Peter F. Winters, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV 24  A 10: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JAKE WAGNER<br><br>Plaintiff,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")<br><br>Defendant. | CIVIL ACTION NO.:_____<br><br>03-40263 |

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES
     <u>DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS</u>

PLEASE TAKE NOTICE that the Defendant, Société Air France (improperly designated "Air France"), by and through its undersigned counsel, Robins, Kaplan, Miller & Ciresi LLP, hereby notifies this Honorable Court of the removal of the above-captioned civil action from the Fitchburg District Court to the United States District Court for the District of Massachusetts. The basis for removal is more particularly stated as follows:

1.  On or about September 2, 2003, the Plaintiff, Jake Wagner ("Plaintiff"), commenced this action by filing a Statement of Small Claim in the Fitchburg Division of the District Court Department, in the county of Worcester, in the matter captioned *Jake Wagner v. Air France*, Civil Action No. 0316 SC 1092. A true and correct copy of the Statement of Small Claim is attached hereto as Exhibit "A."

35011706.1

2. On or about November 5, 2003, Defendant received a copy of the attached Notice of Small Claim at its Florida customer service center.

3. There have been no further proceedings in the Fitchburg District Court and there are no other pleadings of record in that action.

4. This Notice of Removal is being filed with the Court within thirty (30) days of Defendant's receipt of the Statement of Small Claim as provided by 28 U.S.C. §1446(b).

5. Defendant is a foreign corporation, duly organized and existing under the laws of the Republic of France, with a principal place of business located in Paris, France.

6. The Republic of France owns a majority of the shares of stock of the Defendant.

7. Defendant is an "agent or instrumentality of a foreign state" as defined by 28 U.S.C. §1603 as it is a corporation with a majority of shares owned by a foreign state or political subdivision.

8. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1330, without regard to the amount in controversy and this action is removable pursuant to 28 U.S.C. §1441(d).

9. As an agency or instrumentality of a foreign state, Defendant hereby invokes its right pursuant to 28 U.S.C. §1441(d) to have this action tried without a jury in the United States District Court for the District of Massachusetts.

WHEREFORE, Defendant, Société Air France (improperly designated Air France), respectfully requests that the above-captioned action be removed from the Fitchburg Division of

*[Handwritten annotation:]* STATE COURT ... SHALL EFFECT REMOVAL §1446 ff

the District Court Department to this Honorable Court.

                                         Respectfully submitted,
                                         ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                         Peter F. Winters. (BBO No.: 555698)
                                         111 Huntington Avenue, Suite 1300
                                         Boston, Massachusetts 02199
                                         (617) 267-2300
                                         Attorneys for Defendant, Société Air France

DATED: November 24, 2003

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24, 2003, to the plaintiff's counsel Bruce Skrine, 628 Lewis Wharf, Boston, MA 02110.

*/s/ Peter F. Winters*
Peter F. Winters, Esq.

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

Docket No: 0365C1092

Trial Court of Massachusetts
Small Claims Session

☐ BOSTON MUNICIPAL COURT  ☒ DISTRICT COURT — Fitchburg Small Claims Division  ☐ HOUSING COURT

**PART 1**

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE**
Jake Wagner / Mom Wagner
8 Fox Run / 39 Mass Ave
Sudbury, MA 01776 / Lunenburg, MA 01462
PHONE NO: 978-342-1330

PLAINTIFF'S ATTORNEY (if any): —

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**
Air France - Customer Relation
P.O. Box 459000
Sunrise, FL 33345
PHONE NO: 877-247-9247

97030000009/12/03 SMALL CLAIM 30.00
97020000009/12/03 SURCHARGE 10.00
40.00

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $2000.00 plus $_____ court costs for the following reasons:

On July 19, 2003, Air France practiced unfair & deceptive trade practices. I had confirmed reservations for flight 1149. Air France bumped me from my flight and made no attempt to reschedule me on another flight, thus leaving me stranded in France.

SIGNATURE OF PLAINTIFF   DATE 9/1/03

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

SIGNATURE OF PLAINTIFF   DATE

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.
If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.
SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT:
FITCHBURG DISTRICT COURT
100 ELM STREET
FITCHBURG, MA 01420

DATE AND TIME OF TRIAL:
MONDAY, 12/1/03 AT 1:00 PM
ROOM NO: MAIN FLOOR COURTROOM

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE: PAUL F. LOCONTO
CLERK-MAGISTRATE OR DESIGNEE

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. 0316SC1092 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

**PART 1**

☐ BOSTON MUNICIPAL COURT  ☒ DISTRICT COURT _Fitchburg Small Claims_ Division  ☐ HOUSING COURT _____ Division

**PART 2**

PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Jake Wagner / Norm Wagner
8 Flex Drive — 39 MASS AVE
Sudbury, MA 01776   Lunenburg MA 01462
PHONE NO: 978-842-1330

PLAINTIFF'S ATTORNEY (if any)
Name: _____
Address: _____
PHONE NO: _____   BBO NO: _____

**PART 3**

DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
Air France - Customer Relation
P.O. Box 459000
Sunrise, FL 83345
PHONE NO: 877-247-9247

ADDITIONAL DEFENDANT (if any)
Name: _____
Address: _____
PHONE NO: 40.00

**PART 4**

PLAINTIFF'S CLAIM. The defendant owes $2000.00 plus $19.00 court costs for the following reasons: Give the date of the event that is the basis of your claim.

On July 19, 2003, Air France practiced unfair & deceptive trade practices. I had confirmed reservations for flight 1149. Air France bumped me from my flight and made no attempt to reschedule me on another flight, thus leaving me stranded in France.

SIGNATURE OF PLAINTIFF  X _[signature]_   DATE 9/1/03

**PART 5**

MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**

MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X _[signature]_  SIGNATURE OF PLAINTIFF   DATE

**NOTICE OF TRIAL**

NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT
FITCHBURG DISTRICT COURT
100 ELM STREET
FITCHBURG, MA 01420

DATE AND TIME OF TRIAL
MONDAY, 12/1/03 AT 1:00 PM
ROOM NO: MAIN FLOOR COURTROOM

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED ▼ COURT USE ONLY ▼

FIRST JUSTICE: PAUL F. LOCONTO   CLERK-MAGISTRATE OR DESIGNEE: _[signature]_

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (01/02)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÈS, OBTENGA UNA TRADUCCIÒN.



